**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| T & B SALES LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-779 |
| | § | |
| Multi-Shot LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

T&B Sales and Multi-Shot LLC filed a joint stipulation of dismissal. (Docket Entry No. 41).

They are the only parties in the case.  In accordance with the parties' stipulation,  all claims and

counterclaims are dismissed without prejudice.


SIGNED on July 30, 2010, at Houston, Texas.


Lee H. Rosenthal
United States District Judge